## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY J. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-10-1224-M |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 30, 2012, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further administrative proceedings. The parties were advised of their right to object to the Report and Recommendation by February 21, 2012. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 30, 2012;

(2)     REVERSES the decision of the Commissioner;

(3)     REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4)     ORDERS that judgment issue forthwith in accordance with the provisions of
sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 28th day of February, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE